CO. FILE DEPT. CLOCK VCHR. NO.
EA9  040932  00250A           0000080030

# Earnings Statement

**ADP**

SIGMA SYSTEMS INC
201 BOSTON POST RD W
SUITE 201
MARLBOROUGH  MA 01752

Period Beginning:  02/05/2018
Period Ending:     02/18/2018
Pay Date:          02/23/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:    1
  PA:         N/A

REBECCA LEWIS
543 MERVINE ST
POTTSTOWN  PA  19464

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.0000 | 80.00 | 1,760.00 | 3,514.50 |
| Gross Pay | | | $1,760.00 | 3,514.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -167.65 | 334.64 |
| | Social Security Tax | -109.12 | 217.90 |
| | Medicare Tax | -25.52 | 50.96 |
| | PA State Income Tax | -54.03 | 107.89 |
| | Upper Provid Income Tax | -17.60 | 17.60 |
| | PA SUI/SDI Tax | -1.06 | 2.11 |
| Net Pay | | $1,385.02 | |
| Checking | | -1,385.02 | |
| Net Check | | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401 Elig/Comp | 1,760.00 | 3,514.50 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS (000) 000-0000

EFFECTIVE THIS PAY PERIOD YOUR LOCALITY
JURISDICTION HAS BEEN CHANGED.

EFFECTIVE THIS PAY PERIOD YOUR LOCAL TAX
JURISDICTION HAS BEEN CHANGED.

Your federal taxable wages this period are
$1,760.00

© 2000 ADP, LLC

SIGMA SYSTEMS INC
201 BOSTON POST RD W
SUITE 201
MARLBOROUGH  MA 01752

Advice number:  00000080030
Pay date:       02/23/2018

Deposited to the account of
REBECCA LEWIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3749 | xxxx  xxxx | $1,385.02 |

**THIS IS NOT A CHECK**

# NON-NEGOTIABLE

EA9 040932 00250A 0000060033

# Earnings Statement

**ADP**

SIGMA SYSTEMS INC
201 BOSTON POST RD W
SUITE 201
MARLBOROUGH MA 01752

Period Beginning: 01/22/2018
Period Ending: 02/04/2018
Pay Date: 02/09/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA: N/A

REBECCA LEWIS
543 MERVINE ST
POTTSTOWN PA 19464

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.0000 | 79.75 | 1,754.50 | 1,754.50 |
| **Gross Pay** | | | **$1,754.50** | 1,754.50 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -166.99 | 166.99 |
| | Social Security Tax | -108.78 | 108.78 |
| | Medicare Tax | -25.44 | 25.44 |
| | PA State Income Tax | -53.86 | 53.86 |
| | PA SUI/SDI Tax | -1.05 | 1.05 |

| | |
|---|---|
| **Net Pay** | **$1,398.38** |
| Checking | -1,398.38 |
| **Net Check** | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401 Elig/Comp | 1,754.50 | 1,754.50 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS (000) 000-0000

Your federal taxable wages this period are
$1,754.50

© 2000 ADP, LLC

---

SIGMA SYSTEMS INC
201 BOSTON POST RD W
SUITE 201
MARLBOROUGH MA 01752

Advice number: 00000060033
Pay date: 02/09/2018

Deposited to the account of
REBECCA LEWIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3749 | xxxx xxxx | $1,398.38 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**