GMR TRANSCRIPTIONS SERVICE INC
2552 WALNUT AVE STE 110
TUSTIN CA 92780

ORG: 1099 1099
EE ID: 617    DD

02/16/2018    16982

DATE    CHECK NO.

PAY TO THE ORDER OF

REBECCA K LEWIS
543 MERVINE STREET
POTTSTOWN PA 19464

Total Net Direct Deposit(s)
**$111.74**

AMOUNT

VOID THIS IS NOT A CHECK .................................................. DOLLARS

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

---

**PERSONAL AND CHECK INFORMATION**
Rebecca K Lewis
543 Mervine Street
Pottstown, PA 19464
Soc Sec #: xxx-xx-xxxx    Contractor ID: 617

Home Department: 1099 1099

Pay Period: 01/27/18 to 02/09/18
Check Date: 02/16/18    Check #: 16982

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3749 | 111.74 | 1459.08 |
| **NET PAY** | **111.74** | **1459.08** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| 1099 Misc | | | 111.74 | | 1459.08 |
| REIMB & OTHER PAYMENTS | | | 111.74 | | 1459.08 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Fed Backup | No Withholding | | |
| PA Backup | No Withholding | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 111.74 | 1459.08 |

Payroll by Paychex, Inc.

0079 A790-4529   GMR Transcriptions Services Inc • 2552 Walnut Ave Ste 110 • Tustin CA 92780 • (714) 731-9000

GMR TRANSCRIPTIONS SERVICES INC
2552 WALNUT AVE STE 110
TUSTIN CA 92780

ORG: 1099 1099
EE ID: 617    DD

DATE: 02/02/2018    CHECK NO: 16877

PAY TO THE ORDER OF

REBECCA K LEWIS
543 MERVINE STREET
POTTSTOWN PA  19464

Total Net Direct Deposit(s)
**$216.79**

AMOUNT

VOID THIS IS NOT A CHECK .................................................. DOLLARS

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                      FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Rebecca K Lewis
543 Mervine Street
Pottstown, PA  19464
Soc Sec #: xxx-xx-xxxx    Contractor ID: 617

Home Department: 1099 1099

Pay Period: 01/13/18 to 01/26/18
Check Date: 02/02/18    Check #: 16877

**NET PAY ALLOCATIONS**

| DESCRIPTION  | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3749    | 216.79 | 1347.34 |
| **NET PAY**  | **216.79** | **1347.34** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
|  | 1099 Misc |  |  | 216.79 |  | 1347.34 |
|  | REIMB & OTHER PAYMENTS |  |  | 216.79 |  | 1347.34 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
|  | Fed Backup | No Withholding |  |  |
|  | PA Backup  | No Withholding |  |  |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
|  | 216.79 | 1347.34 |

Payroll by Paychex, Inc.

0079 A790-4529    GMR Transcriptions Services Inc • 2552 Walnut Ave Ste 110 • Tustin CA  92780 • (714) 731-9000

GMR TRANSCRIPTIONS SERVICE Inc
2552 WALNUT AVE STE 110
TUSTIN CA 92780

OR 1099 1099
EE ID: 617    DD

01/19/2018    16787
DATE    CHECK NO.

PAY TO THE
ORDER OF

REBECCA K LEWIS
543 MERVINE STREET
POTTSTOWN PA 19464

Total Net Direct Deposit(s)
**$370.39**

VOID THIS IS NOT A CHECK ............................................... DOLLARS

**NON-NEGOTIABLE**

| | | | | | |
|---|---|---|---|---|---|
| **PERSONAL AND CHECK INFORMATION** | **EARNINGS** | DESCRIPTION | HRS/UNITS | RATE THIS PERIOD ($) | YTD HOURS | YTD ($) |

**PERSONAL AND CHECK INFORMATION**
Rebecca K Lewis
543 Mervine Street
Pottstown, PA  19464
Soc Sec #: xxx-xx-xxxx    Contractor ID: 617

Home Department: 1099 1099

Pay Period: 12/30/17 to 01/12/18
Check Date: 01/19/18    Check #: 16787

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3749 | 370.39 | 1130.55 |
| **NET PAY** | **370.39** | **1130.55** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | 1099 Misc | | | 370.39 | | 1130.55 |
| | REIMB & OTHER PAYMENTS | | | 370.39 | | 1130.55 |
| **WITHHOLDINGS** | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| | Fed Backup | No Withholding | | | | |
| | PA Backup | No Withholding | | | | |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 370.39 | 1130.55 |

Payroll by Paychex, Inc.
0079 A790-4529  GMR Transcriptions Services Inc • 2552 Walnut Ave Ste 110 • Tustin CA  92780 • (714) 731-9000

GMR TRANSCRIPTIONS, Inc.
2552 WALNUT AVE STE 110
TUSTIN CA 92780

| EE ID: 617 | ORG: 1099 1099 | DD | DATE 01/05/2018 | CHECK NO. 16686 |

PAY TO THE ORDER OF

REBECCA K LEWIS
543 MERVINE STREET
POTTSTOWN PA 19464

Total Net Direct Deposit(s)
**$760.16**

VOID THIS IS NOT A CHECK .................................................. DOLLARS

**NON-NEGOTIABLE**

---

**PERSONAL AND CHECK INFORMATION**
Rebecca K Lewis
543 Mervine Street
Pottstown, PA 19464
Soc Sec #: xxx-xx-xxxx    Contractor ID: 617

Home Department: 1099 1099

Pay Period: 12/16/17 to 12/29/17
Check Date: 01/05/18    Check #: 16686

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 3749 | 760.16 | 760.16 |
| **NET PAY** | **760.16** | **760.16** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| 1099 Misc | | | 760.16 | | 760.16 |
| REIMB & OTHER PAYMENTS | | | 760.16 | | 760.16 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Fed Backup | No Withholding | | |
| PA Backup | No Withholding | | |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 760.16 | 760.16 |

Payroll by Paychex, Inc.
0079 A790-4529    GMR Transcriptions Services Inc • 2552 Walnut Ave Ste 110 • Tustin CA 92780 • (714) 731-9000