Certificate Number: 05781-PAE-DE-031118787

Bankruptcy Case Number: 18-11777



05781-PAE-DE-031118787

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 1, 2018, at 12:13 o'clock PM PDT, Rebecca Lewis completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 1, 2018                By:    /s/Allison M Geving

                                   Name:  Allison M Geving

                                   Title: President