**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Rebecca Kathlynn Lewis | : | Chapter 13 |
| Debtor | : | Case No.:  18-11777-elf |

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's First Amended Chapter 13 Plan dated and docketed September 17, 2018 was forwarded to the following parties, as follows:

*Via First Class United States Mail on September 17, 2018:*

Anabel Casas, Bankruptcy Specialist
U.S. Department of Housing and Urban Development
451 7th Street S.W.
Washington, DC 20410

Michelle Allen, Bankruptcy Specialist
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Benchmark Federal Credit Union
1522 Mcdaniel Drive
West Chester, PA 19380

*Via Electronic Filing (ECF) on September 17, 2018:*

Kevin G. McDonald, Esquire on behalf of MidFirst Bank
bkgroup@kmllawgroup.com

William C. Miller, Esq., Chapter 13 Trustee
ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**LAW OFFICE OF STEPHEN J. ROSS, PC**

By:   */s/ Joseph Quinn*
      Joseph Quinn, Esquire
      Attorney I.D. No. 307467
      152 E. High Street, Suite 100
      Pottstown, PA 19464

                                            T: 610.323.5300
                                            F: 610.323.6081
                                            JQuinn@SJR-LAW.com
Date:  <u>September 17, 2018</u>          Counsel for Debtor