# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE:  Rebecca Kathlynn Lewis fka Rebecca K Eaton, fka Rebecca K Knapp<br><br>                              Debtor<br><br>MIDFIRST BANK,<br><br>                              Movant<br><br>            vs.<br><br>Rebecca Kathlynn Lewis fka Rebecca K Eaton, fka Rebecca K Knapp<br><br>                              Respondent | CHAPTER 13<br><br><br><br>NO. 18-11777 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection of MIDFIRST BANK to Confirmation of Chapter 13 Plan, which was filed with the Court on or about June 15, 2018 (Document No. 22).

                              Respectfully submitted,

                              **/s/ Kevin G. McDonald, Esquire**
                              Kevin G. McDonald, Esquire
                              Attorney for Movant
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA  19106
                              215-627-1322

September 21, 2018