*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Rebecca Kathlynn Lewis
    Debtor(s)

Case No: 18−11777−elf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Debtor's Objection
to

Application for Compensation
filed by Debtor's Attorney JOSEPH L QUINN

on: 10/30/18

at: 01:00 PM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  10/12/18

Timothy B. McGrath
Clerk of Court