**IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Rebecca Kathlynn Lewis          :          Chapter 13
                Debtor          :          No. : 18-11777-elf

**PRAECIPE TO WITHDRAW PRE-CONFIRMATION CERTIFICATION [DOCUMENT
NO. 14] FILED BY DEBTOR'S COUNSEL ON APRIL 18, 2018**

TO THE CLERK:

      Kindly withdraw the Pre-Confirmation Certification [document no. 14] filed by Debtor's
Counsel on April 18, 2018.


                            **LAW OFFICE OF STEPHEN J. ROSS, P.C.**

                    By:      */s/ Joseph Quinn*
                            Joseph Quinn, Esquire
                            Attorney I.D. No. 307467
                            152 E. High Street, Suite 100
                            Pottstown, PA 19464
                            T: 610.323.5300
                            F: 610.323.6081
                            JQuinn@SJR-LAW.com
Date:  October 15, 2018              Counsel for Debtor