**UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Rebecca Kathlynn Lewis | \| | Chapter 13 |
| Debtor(s) | \| | BK No. 18-11777 ELF |

# O R D E R

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and the Debtor's Objection thereto; and after a hearing; and upon agreement of the parties, it is hereby **ORDERED** that

1.  The Application is **GRANTED** in the amount of **$750.00**, representing the amount of the prepetition retainer the Debtor paid to the Applicant.

2.  In all other respects, the Application is **WITHDRAWN**.

3.  If this bankruptcy case is dismissed prior to confirmation, the Applicant will not seek the allowance of any additional compensation.

Date:  10/30/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

cc:    Rebecca Kathlynn Lewis
       543 Mervine Street
       Pottstown, PA 19464