United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Rebecca Kathlynn Lewis  
     Debtor

Case No. 18-11777-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Oct 31, 2018  
                    Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2018.  
db         +Rebecca Kathlynn Lewis,    543 Mervine Street,    Pottstown, PA 19464-2829

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 01 2018 02:21:45      U.S. Attorney Office,  
           c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404  
                                                                                                                           TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2018 at the address(es) listed below:  
        JOSEPH L QUINN    on behalf of Debtor Rebecca Kathlynn Lewis CourtNotices@sjr-law.com  
        KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
         philaecf@gmail.com  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                                  TOTAL: 5

**UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Rebecca Kathlynn Lewis | \| | Chapter 13 |
| Debtor(s) | \| | BK No. 18-11777 ELF |

# O R D E R

    **AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and the Debtor's Objection thereto; and after a hearing; and upon agreement of the parties, it is hereby **ORDERED** that

1. The Application is **GRANTED** in the amount of **$750.00**, representing the amount of the prepetition retainer the Debtor paid to the Applicant.

2. In all other respects, the Application is **WITHDRAWN**.

3. If this bankruptcy case is dismissed prior to confirmation, the Applicant will not seek the allowance of any additional compensation.

Date:  10/30/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

cc:   Rebecca Kathlynn Lewis
     543 Mervine Street
     Pottstown, PA 19464