United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-11777-elf
Rebecca Kathlynn Lewis                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: John                  Page 1 of 2              Date Rcvd: Nov 14, 2018
                               Form ID: pdf900             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2018.
```
db              +Rebecca Kathlynn Lewis,    543 Mervine Street,    Pottstown, PA 19464-2829
14074449        +Barclays Bank Delaware,    Po Box 8803,   Wilmington, DE 19899-8803
14074450        +Benchmark Federal Credit Union,    1522 Mcdaniel Dr,    West Chester, PA 19380-7034
14074453        +KML Law Group, P.C.,    Suite 5000 - BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14085954        +Kevin G. McDonald, Esquire,    KML Law Group, P.C.,    Atty for Midland Mortgage,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14201048        +Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
14074454        +Medical Revenue Service,    645 Walnut Street,   Suite 5,    Gadsden, AL 35901-4173
14103576        +MidFirst Bank,    999 NW Grand Blvd,   Oklahoma City, OK 73118-6051
14074455        +Midland Mortgage / MidFirst,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
14074456        +PMSI,   P.O. Box 1155,    Pottstown, PA 19464-0875
14074457         Pottstowm Memorial Medical Center,    PO Box 501144,    Saint Louis, MO 63150-1144
14074458         Professional Account Services,    PO Box 188,   Brentwood, TN 37024-0188
14077296        +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Nov 15 2018 03:55:55     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2018 03:55:12
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 15 2018 03:55:52     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14074451         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 15 2018 04:00:08     Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
14074452         E-mail/Text: cio.bncmail@irs.gov Nov 15 2018 03:55:02     IRS Department of the Treasury,
                 Internal Revenue Service,    Cincinnati, OH 45999-0039
14102858        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 15 2018 03:55:35     MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14104114         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2018 03:59:38
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
14075474        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2018 04:00:11
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14075938        +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2018 04:00:05     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14074459        +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2018 04:00:05     Synchrony Bank / Care Credit,
                 950 Forrer Blvd,    Kettering, OH 45420-1469
                                                                                             TOTAL: 10

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2018 at the address(es) listed below:
              JOSEPH L QUINN    on behalf of Debtor Rebecca Kathlynn Lewis CourtNotices@sjr-law.com
              KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

```
District/off: 0313-2            User: John                  Page 2 of 2                   Date Rcvd: Nov 14, 2018
                                Form ID: pdf900             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                      TOTAL: 5

# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

REBECCA KATHLYNN LEWIS            Chapter 13

Debtor            Bankruptcy No. 18-11777-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: November 14, 2018**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH L QUINN
152 E HIGH ST
SUITE 100
POTTSTOWN, PA 19464-

Debtor:
REBECCA KATHLYNN LEWIS

543 MERVINE STREET

POTTSTOWN, PA 19464